# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION (Failure to Hire & Retaliation)

(Jury Trial Demanded)

Plaintiff:
Marvin H. King
1525 Sycamore #206
Shreveport, LA 71103

**FILED**
SEP 2 6 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Defendant:
Dexcom, Inc.
6340 Sequence Drive
San Diego, CA 92121

Case No.: **'25CV2563 TWR JLB**

## I. JURISDICTION AND VENUE

This Court has jurisdiction under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §621 et seq., and the Americans with Disabilities Act (ADA), 42 U.S.C. §12101 et seq.

Plaintiff timely filed a charge with the California Civil Rights Department (CRD), which was transferred to the Equal Employment Opportunity Commission (EEOC). Plaintiff requested and received a Notice of Right to Sue dated August 4, 2025, attached as Exhibit A.

Venue is proper in this District because Defendant's principal offices are located in San Diego, California, and the unlawful practices occurred in this District.

## II. PARTIES

Plaintiff, Marvin H. King, is an African American individual, over the age of 40, and a cancer survivor, residing in Shreveport, Louisiana.

Defendant, Dexcom, Inc., is a Delaware corporation headquartered at 6340 Sequence Drive, San Diego, California 92121, employing more than 15 employees at all relevant times.

## III. FACTUAL ALLEGATIONS

On April 27, 2025, Plaintiff applied for a Customer Account Support Specialist (remote) position with Defendant.

Plaintiff was well qualified, with extensive experience in healthcare customer service, leadership, healthcare technology support, and held a security clearance.

Defendant reviewed Plaintiff's LinkedIn profile, leaving visible digital footprints. Through this review, Defendant became aware of Plaintiff's race (African American) and age (over 40).

Despite his qualifications, Defendant failed to hire Plaintiff while considering or selecting younger, non-Black applicants who were less qualified.

Plaintiff subsequently investigated Defendant's workforce and public representation, and observing systemic underrepresentation of African Americans, including in leadership and corporate images.

After the denial of employment, Plaintiff filed with the CRD, which transferred the matter to the EEOC. Defendant claimed they had no way of knowing Plaintiff was Black. However, multiple members of Defendant's Human Resources team viewed Plaintiff's LinkedIn account, leaving footprints.

During settlement discussions, Plaintiff disclosed he had been diagnosed with cancer and lowered his pre-filing demand to $266,000. Defendant ignored this offer. Plaintiff then reinstated his original pre-filing demand of $1,168,000 and advised that his post-filing demand would increase to $2,336,000. Plaintiff made several valid attempts to settle, advising that any serious offer would be strongly considered.

Defendant refused to engage in good faith, instead continuing a pattern of intimidation, delay, and surveillance.

As a direct result of Defendant's actions, Plaintiff suffered lost employment opportunities, lost income, emotional distress, reputational harm, and health-related stress.

## IV. CAUSES OF ACTION

Count I – Race Discrimination (Title VII)
Defendant discriminated against Plaintiff on the basis of race by failing to hire him, in violation of 42 U.S.C. §2000e-2.

Count II – Age Discrimination (ADEA)
Defendant discriminated against Plaintiff on the basis of age (over 40) by failing to hire him, in violation of 29 U.S.C. §623.

Count III – Retaliation / Disability (ADA)
Plaintiff disclosed his cancer diagnosis during protected activity, including settlement discussions. Defendant then retaliated by monitoring his LinkedIn account, refusing to negotiate in good faith, and ignoring reasonable offers, in violation of 42 U.S.C. §12203.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Marvin H. King, respectfully requests that this Court:

- Enter judgment in his favor and against Defendant;
- Award compensatory damages for lost wages, lost employment opportunities, emotional distress, and reputational harm;
- Award punitive damages for willful discrimination;
- Award liquidated damages under the ADEA;
- Grant injunctive relief requiring Defendant to revise hiring practices;
- Award costs, and such other relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: 9-25-2025

Marvin H. King
Plaintiff, Pro Se
1525 Sycamore #206
Shreveport, LA 71103
Phone: 702-232-9471
Email: MarvinHking@gmail.com