UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN H. KING,<br><br>            Plaintiff,<br><br>v.<br><br>DEXCOM, INC.,<br><br>            Defendant. | Case No.: 25-cv-02563-TWR-JLB<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR EARLY NEUTRAL EVALUATION HEARING**<br><br>**[ECF No. 6]** |

On September 26, 2025, Plaintiff Marvin H. King ("Plaintiff"), proceeding *pro se*, commenced this action against Defendant Dexcom, Inc. ("Defendant") pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* (ECF No. 1.)

Presently before the Court is Plaintiff's Motion for Early Neutral Evaluation Hearing. (ECF No. 6.) Plaintiff requests that the Court set an Early Neutral Evaluation Conference at its earliest convenience. (*Id.*)

///

///

Although Plaintiff has now filed a proof of service indicating Defendant has been served, Defendant has not yet appeared in this case or responded to Plaintiff's Complaint. (*See* ECF No. 6 at 7.)  Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion for Early Neutral Evaluation Hearing. (ECF No. 6.)  The Court will not consider any renewed motion at least until Defendant has made an appearance in this case. *See* CivLR 16.1(c)(1).

**IT IS SO ORDERED.**

Dated:  October 15, 2025

Hon. Jill L. Burkhardt
United States Magistrate Judge